UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Glen Johnson, *et al.*,

                      Plaintiffs,

                                          Civ. No. 14-2081 (RHK/LIB)
                                        **ORDER**

v.

Charps Welding & Fabricating, Inc., *et al.*,

                      Defendants.

---

This matter is before the Court on the July 26, 2017 Report and Recommendation (R&R) (Docket No. 218) of Magistrate Judge Brisbois, recommending that Plaintiffs' Motion for Summary Judgment (Docket No. 169) be granted in part and denied in part. Plaintiffs and Defendants have each objected to the R&R. (Docket Nos. 220, 221.) Having carefully reviewed *de novo* the underlying Motion, the R&R, and the Objections, the Court finds the R&R fully supported by controlling legal principles and the facts of this case. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED**:

    1.    The Objections (Docket No. 220, 221) are **OVERRULED**;

    2.    The R&R (Docket No. 218) is **ADOPTED** in its entirety; and

    3.    Plaintiffs' Motion for Summary Judgment (Docket No. 169) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Motion is **GRANTED** as to Defendant Charpentier's personal liability for contributions due and owing from

Defendant Charps Welding & Fabricating, Inc. to the Health & Welfare Fund, as set forth in more detail in the R&R.  In all other respects, the Motion is **DENIED**.

Date:  October 2, 2017                                s/Paul A. Magnuson
                                                                    PAUL A. MAGNUSON
                                                                    United States District Judge