# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Glen Johnson, Timothy Gillen, Kyle Jones, Steven Hall, Clayton Johnson, Mark Hubbard, Steve Piper, Bill Patt, Michael R. Fanning, Joseph Ryan, Bruce Carlson, Glen Johnson, Frank Frattalone, Lee Hiller, Tony Phillippi, Greg Waffensmith, Mark Ryan, The Operating Engineers Local #49 Health and Welfare Fund, The Central Pension Fund of the International Union of Operating Engineers and Participating Employers, The Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program | **JUDGMENT IN A CIVIL CASE** |

Plaintiff(s),

v.                                                                 Case Number: 14-cv-2081 PAM/LIB

Charps Welding & Fabricating, Inc., Clearwater Energy Group, Inc., C&G Construction Inc. of Clearbrook, Alpha Oil & Gas Services, Inc., Kenneth Charpentier

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' Motion for Summary Judgment (Docket No. 247) is GRANTED;
2. Plaintiffs' Motion for Summary Judgment (Docket No. 269) is DENIED;
3. Defendants' Motion to Exclude Expert Testimony of Craig Siiro (Docket No. 273) is DENIED as moot; and
4. The Complaint (Docket No. 1) is DISMISSED with prejudice.

Date: 8/21/2018                                        KATE M. FOGARTY, CLERK

                                                                           s/Katie Thompson
                                     (By)   Katie Thompson, Deputy Clerk